Robert P. Goe - State Bar No. 137019
Elizabeth A. LaRocque - State Bar No. 219977
GOE & FORSYTHE, LLP
18101 Von Karman Avenue, Suite 510
Irvine, CA 92612
Telephone:    (949) 798-2460
Facsimile:    (949) 955-9437
E-mail:    rgoe@goeforlaw.com
             elarocque@goeforlaw.com

Attorneys for Reorganized Debtor/Plaintiff Trudy Kalush

**UNITED STATES BANKRUPTCY COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>TRUDY KALUSH,<br><br>  Reorganized Debtor. | Case No. 8:11-bk-19563-ES<br><br>Chapter 11<br><br>Adv. Case No. 8:12-ap-01206-ES |
| TRUDY KALUSH,<br><br>  Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE OF THE INDYMAC INDX DEED OF TRUST LOAN TRUST 2005-AR12, DEED OF TRUST PASS-THROUGH CERTIFICATES, SERIES 2005-AR12, UNDER THE POOLING AND SERVICING AGREEMENT DATED JUNE 1, 2005; ONEWEST BANK, FSB; and DOES 1-100, Inclusive,<br><br>  Defendants. | **[PROPOSED] ORDER ON PARTIAL SUMMARY JUDGMENT MOTION**<br><br><u>Hearing</u>:<br>Date:    November 5, 2013<br>Time:    2:00 p.m.<br>Courtroom:    5A |

- 1 -

On November 5, 2013 at 2:00 p.m., a hearing on Plaintiff Trudy Kalush's ("Plaintiff") Motion for partial summary judgment pursuant to FRBP Rule 7056 on Objection to Proof of Claim 6 ("Claim") and Debtor's First Claim for Relief (Declaratory Relief/Invalidate Lien) ("Motion"). Appearances are as noted on the record. Having considered the Motion, the pleadings filed, the evidence submitted, oral arguments of counsel at the hearing, proper notice having been provided and after due deliberation and good and sufficient cause appearing,

**IT IS ORDERED:**

**(1)** The Motion is granted in its entirety;

**(2)** Summary Judgment is entered against Deutsche Bank National Trust Company ("Deutsche Bank") as Trustee of The Indymac INDX Mortgage Loan Trust 2005-Ar12, Mortgage Pass-Through Certificates, Series 2005-AR12 ("Trust"), Under The Pooling And Servicing Agreement Dated June 1, 2005 ("PSA"), in favor of Plaintiff pursuant to Federal Rule of Bankruptcy Procedure, Rules 7056, disallowing Claim No. 6 in its entirety;

**(3)** Summary Judgment is entered against Deutsche Bank in favor of Plaintiff invalidating Deutsche Bank's lien on the Debtor's real property located at 16625 South Pacific Coast Highway, Sunset Beach, California 90742 ("Property").

###