

**UNITED STATES BANKRUPTCY COURT**
CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

ORDER No. _____
CHAPTER _____
APPEAL? ☐ Yes ☐ No
APPEAL No. _____
(if known)

(File this form on the related case docket)

Ordering Party's Name: Robert P. Goe      Attorney Bar# 137019
Law Firm: Goe & Forsythe, LLP
Mailing Address: 18101 Von Karman Avenue, Suite 510, Irvine, CA 92612

Person to Contact: Kerry A. Murphy
Telephone: (949) 798-2460      E-mail: kmurphy@goeforlaw.com
Bankruptcy Case #: 8:11-bk-19563-ES      Adversary Proceeding #/MP #: 8:12-ap-01206-ES
Date of Hearing (**complete a SEPARATE form for EACH hearing date**): 11/05/2013    Time: 2:00 pm
Debtor: Trudy Kalush
Adversary Proceeding Name: Kalush    vs. Deutsche Bank National Trust
Hearing Judge: E. Smith      Courtroom #: SA 5A
**TRANSCRIBER:** Ben Hyatt Cert. Depo. Reporters    **ALTERNATE:** Briggs Reporting
(Select from the Court-approved list of Transcription Service Providers. This provider will contact you regarding payment)

**341(a) MEETING OF CREDITORS:** The Meeting of Creditors is recorded by the Trustee. **DO NOT USE THIS FORM**. For *341(a) Recording Request Procedures*, visit the U.S. Trustee website www.justice.gov/ust/r16

**Transcript Type:**    NOTE: The Court is not responsible for determining if a hearing has been previously transcribed. Check the case docket to determine if a filed transcript already exists or is being transcribed before filing this form.

**Copy of Existing Transcript:** Contact the transcriber directly for a copy.

☐ Ordinary (30 days)          ☒ Entire Hearing
☒ 14 Days                      ☐ Ruling/Opinion of Judge only
☐ Expedited (7 days)           ☐ Testimony of Witness _____
☐ Daily (24 hours)             ☐ Other* _____ (name of witness)

*Special Instructions: Please call Kerry with and estimate (949) 798-2460
**Transcript due dates** are computed from the date the deposit is received by the Transcriber. The cost of a transcript varies for each type. See *Transcript Ordering Instructions*, **Transcript Costs/Forms of Payment**.

### TO BE COMPLETED BY THE COURT

☐ **Judge Ordered Transcript**\*\*: Clerk must **docket this form**; CM/ECF will automatically notify Procurement.
Date Request Filed: _____    Date Sent to Transcriber: _____    By ☐ FDS ☐ Mail ☐ Messenger
Digital Recording (or Analog Tape Recording)
(Tape #:____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
(Tape #:____) Time Start (Index #): _____ Time End (Index #): _____ Time Start: _____ Time End: _____
Court Recorder: _____      Division: .      Processed by: _____

### NOTE TO TRANSCRIBER

\*\*Judge ordered transcripts: Contact Procurement (213) 894-3836 with price quote prior to commencement of work.

*Rev. Nov. 25, 2013. This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.*